JUDGE FRANKLIN D BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOBAL CARDENAS-AVILA<br><br>　　　Defendant. | No.   CR05-5678FDB<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

HAVING REVIEWED the court file and pleadings on this matter, this Court HEREBY ORDERS: Roger A. Hunko is permitted to withdraw as counsel, and Glenn K. Carpenter, Jr., is substituted as counsel of record in the above-referenced matter.

DATED this 6th day of October 2005

　　　　　　　　　　　　　　　____/s/ Franklin D Burgess_____
　　　　　　　　　　　　　　　JUDGE FRANKLIN D BURGESS

Presented by:

s/Glenn K. Carpenter, Jr.

**ORDER ALLOWING WITHDRAWAL**　　　　　　　**Page 1**　　　　　　**Glenn K. Carpenter, Jr., P.S.**
**AND SUBSTITUTION OF COUNSEL**　　　　　　　　　　　　　　　　24730 36th Avenue S.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kent, Washington  98032
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (253) 839-8449
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　gcarpenter@gkcarpenter.com

Glenn K. Carpenter, Jr., WSBA #18301
Attorney for CHRISTOBAL CARDENAS-AVILA

CERTIFICATE OF SERVICE

I, Glenn K. Carpenter, Jr., hereby certify that on October 5th 2005 I electronically filed the foregoing ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel.

S/ Glenn K. Carpenter, Jr.
Glenn K. Carpenter, Jr., WSBA #18301
Attorney for Defendant (Substituting)
Law Office Of Glenn K. Carpenter, Jr., P.S.
24730 – 36th Avenue S.
Kent, WA 98032
Telephone (253) 839-8449
FAX (253) 839-8486
gcarpenter@gkcarpenter.com
